UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL VAN ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-01262-SEP |
| | ) |
| TAMI LAWSON and JOHN HAGERTY, | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

On May 23, 2022, the Court issued an Order directing Plaintiff to show cause why Defendants' Motion for Sanctions, Doc. 27, should not be granted. *See* Doc. 28. Plaintiff was ordered to comply within 30 days and notified that failure to comply would result in the dismissal of this case without further notice. *See id.* It has been 57 days since the Court's previous Order was issued, and Plaintiff has failed to comply in any manner. Therefore, for the reasons stated in the Court's previous Order, Doc. 28, Defendants' Motion for Sanctions, Doc. 27, is granted, and this case will be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Sanctions, Doc. 27, is **GRANTED**. Pursuant to Federal Rules of Civil Procedure 37(b) and (d), this case will be dismissed. *See also* E.D. Mo. L.R. 8.01. A separate Order of Dismissal shall be issued herewith.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send, by certified mail, a copy of this Order to Plaintiff's only known address: 1621 N. 1st St., St. Louis, MO 63102.

Dated this 19th day of July, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE